| In re: | CHAPTER 11 |
|---|---|
| Paradise Investments, Inc.                                    Debtor(s). | CASE NUMBER 1:09-bk-11419-MT |
| Paradise Investments, Inc., Plaintiff v. Motawakel, et al., Defendants | ADVERSARY NUMBER 1:10-ap-01196-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> 1875 Century Park East, Suite 1460, Los Angeles, CA 90026

The foregoing document described <u>Adversary Complaint and Summons and Notice of Status Conference</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>May 21, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On <u>May 21, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

Farzan Farmani - 20883 Exhibit Place #151, Woodland Hills, CA 91367-5210

Omar Motawakel - 10731 Limerick Avenue, Chatsworth, CA 91311-1639

D-Tipp, LLC – 5545 Reseda Blvd., Tarzana, CA 91357

US Trustee – 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367

Sanford Frey – CMK&F, 633 West Fifth Street, 51st Floor, Los Angeles, CA 90071

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>May 19, 2010</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

Chambers of the Honorable Maureen A. Tighe - 21041 Burbank Boulevard, Suite 325, Woodland Hills, CA 91367

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                               **F 9013-3.1**

| In re:                                                                          | CHAPTER 11                              |
|---------------------------------------------------------------------------------|-----------------------------------------|
| Paradise Investments, Inc.                                       Debtor(s).    | CASE NUMBER 1:09-bk-11419-MT           |
| Paradise Investments, Inc., Plaintiff v. Motawakel, et al., Defendants         | ADVERSARY NUMBER 1:10-ap-01196-MT      |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 1, 2010 | A. David Youssefyeh | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                   **F 9013-3.1**